IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE FARMERS AUTOMOBILE
INSURANCE ASSOCIATION,

                      Plaintiff,                              ORDER

  v.

                                                        16-cv-831-jdp

CHARLES PATZ and LINDA AVERY-PATZ,

                      Defendants.

---

Plaintiff The Farmers Automobile Insurance Association attempted to bring this civil action under 28 U.S.C. § 1332(a), but the allegations in its complaint did not establish complete diversity. The court gave Farmers Automobile an opportunity to amend its complaint and correct the problem by January 5, 2017. Dkt. 6. Farmers Automobile has not filed an amended complaint or otherwise explained how this court has subject matter jurisdiction. The court will dismiss the action for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for lack of subject matter jurisdiction.

2. The clerk of court is directed to close this case.

Entered January 12, 2017.

                                                    BY THE COURT:

                                                    /s/

                                                    _____

                                                    JAMES D. PETERSON
                                                    District Judge